AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

Charles V. Reed,

_____ )
*Plaintiff* )
)
v. ) Civil Action No.  2:14-CV-366-SAB
Washington State, John E. Biddulph, Fred Fox, John D. )
Servatius, Joshua Greene, Christopher Fitzpatrick, )
Michael Klemke, and John Doe, )

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($_____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Stanley A. Bastian _____ on a motion for

Summary Judgment.  Judgment is hereby entered in favor of Defendants against Plaintiff.

Date:  July 17, 2015 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Penny Lamb _____
*(By) Deputy Clerk*

Penny Lamb _____